**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SUPASTAR WARE, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | )   No. 4:25-cv-00782-SEP |
| | ) |
| JOHN DOE, et al., | ) |
| | ) |
|        Defendants. | ) |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion for Extension of Time to file a Notice of Appeal. Doc. [26]. Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Plaintiff had 30 days from the date of this Court's Judgment to submit a Notice of Appeal. The Court dismissed this action on September 12, 2025. Doc. [21]. Plaintiff submitted a Notice of Appeal on September 23, 2025. Doc. [24]. Because the Notice of Appeal was timely submitted, Plaintiff's Motion for Extension of Time is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to file a Notice of Appeal, Doc. [26], is **DENIED as moot.**

Dated this 10th day of October, 2025.

                                                       */s/ Sarah E. Pitlyk*
                                                       SARAH E. PITLYK
                                                       UNITED STATES DISTRICT JUDGE